**Cedeal T. HARPER, Plaintiff–Appellant,**

v.

**Captain James McCLOUD, individually and in their official capacities; David Ballard, Warden; Jim Rubenstein, Commissioner, Defendants–Appellees.**

No. 14–6541.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Cedeal T. Harper, Appellant Pro Se. John P. Fuller, Suleiman O. Oko-ogua,

Bailey & Wyant, PLLC, Charleston, West Virginia, for Appellees.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedeal T. Harper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harper v. McCloud*, No. 2:12–cv–00656, 2014 WL 1159129 (S.D.W.Va. Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*